UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00038-FDW-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| FRANCISCO FERNANDEZ, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon Defendant Francisco Fernandez's Motion and Addendum to Motion for Early Termination of Supervised Release. (Doc. No. 27, 28). Defendant has submitted that both the United States Attorney's Office and the United States Probation Office have consented to Defendant's early termination. (Doc. No. 28). Accordingly, Defendant's Motion for Early Termination of Supervised Release is GRANTED.

_____
Frank D. Whitney
Chief United States District Judge